UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

|  |  |  |
|---|---|---|
| FOUR ROSES DISTILLERY, LLC, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil No. 3:25-cv-00004-GFVT-EBA |
| v. | ) ) ) | **MEMORANDUM OPINION** |
| PAYCO INC., d/b/a STELLAR TECHNOLOGIES | ) ) ) | **&** **ORDER** |
| Defendants. | ) ) ) | |

*** *** *** ***

This matter is before the Court on the Recommendation and Report filed by United States Magistrate Judge Edward B. Atkins. [R. 20]. The recommendation instructed the parties to file any particularized written objections within fourteen days from the date of service, or else waive the right to further review. *Id.* at 6. The Defendant has not objected and the time to do so has passed.

This case involves a contract dispute involving an automatic barrel dump system that Defendant Payco Inc. contracted to install for Plaintiff Four Roses Distillery. [R. 1]. Payco reneged on its contractual obligations and Four Roses brought this claim for breach of contract and unjust enrichment. *Id.* Payco failed to engage in the litigation at any point, and this Court entered a default judgment. [R. 13]. Payco did not appear at the evidentiary hearing before Magistrate Judge Atkins on the issue of damages, despite their right to do so. [R. 18].

Generally, this Court must make a *de novo* determination of those portions of a recommended disposition to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no

objections are made, however, this Court is not required to "review… a magistrate's factual or legal conclusions, under a de novo or any other standard…" *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Parties who fail to object to a Magistrate's recommended disposition are also barred from appealing a district court's order adopting that report and recommendation, so long as the magistrate judge gave notice to the parties that objections must be filed within a set number of days. *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981). Magistrate Judge Atkins did so when he informed the parties that any objections "must be filed within fourteen days from the date of service thereof or further appeal is waived." [R. 20]. Satisfied that these requirements are met, this Court has examined the record and it agrees with the Magistrate Judge's Recommended Disposition.

Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

1. Judge Atkins' Report and Recommendation **[R. 21]** is **ADOPTED** as and for the Opinion of the Court.

2. It is **ORDERED** that Four Roses be awarded:

    a. $1,170,000 in actual damages;

    b. Pre-judgment interest at a rate of 8% per annum on the sum of $1,170,000 from September 13, 2024, to May 28, 2025; and

    c. Post-judgment interest at a rate of 4.14% pursuant to 28 U.S.C. § 1961.

This the 2d day of October, 2025.

Gregory F. Van Tatenhove
United States District Judge